**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Aldo HERNANDEZ–MENDEZ,
Defendant–Appellant.**

No. 07–30403.

United States Court of Appeals,
Ninth Circuit.

Submitted Oct. 28, 2008.*

Filed Nov. 5, 2008.

Timothy John Racicot, Office of the U.S. Attorney, Missoula, MT, for Plaintiff–Appellee.

Anthony R. Gallagher, Federal Public Defender, Federal Defenders of Montana, Great Falls, MT, John Rhodes, Esquire, Assistant Federal Public Defender, Federal Defenders of Montana, Missoula, MT, for Defendant–Appellant.

Before HAWKINS, RAWLINSON, and M. SMITH, Circuit Judges.

MEMORANDUM **

Aldo Hernandez–Mendez appeals from the 27–month sentence imposed following his guilty-plea conviction for illegal re-entry of a deported alien, in violation of 8 U.S.C. § 1326(a). We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Hernandez–Mendez contends that his sentence is unreasonable because the district court focused almost exclusively on his criminal history and failed to consider the other factors set forth in 18 U.S.C. § 3553(a). We conclude that the district court did not commit procedural error and that Hernandez–Mendez's sentence is substantively reasonable. *See Gall v. United States,* — U.S. —, — – —, 128 S.Ct. 586, 598–602, 169 L.Ed.2d 445 (2007); *see also United States v. Rodriguez–Rodriguez,* 441 F.3d 767, 770–71 (9th Cir.2006).

**AFFIRMED.**

---

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.